

```
                              WENDELIN I. LIPP
                              U. S. BANKRUPTCY JUDGE
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INFORMATION NETWORK, INC. | ) | Case No. 07-19789 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| THE UNITED STATES | ) | |
|   OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROGER SCHLOSSBERG as | ) | |
|   CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**CONSENT ORDER LIFTING
<u>AUTOMATIC STAY TO TERMINATE CONTRACT</u>**

Upon the Motion by the United States for Relief from the Automatic Stay to Terminate

Contract (the "Motion") for an order, pursuant to section 362 of title 11 of the United States Code (the "Bankruptcy Code") and section 52.249-6 of the Federal Acquisition Regulations, lifting the automatic stay so that the National Aeronautics and Space Administration's Goddard Space Flight Center ("Goddard") may terminate its contract numbered NNGO4AZ05C (the "Contract") with Information Network, Inc. (the "Debtor"); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that pursuant to section 362(d) of the Bankruptcy Code, to the extent the automatic stay is otherwise applicable, Goddard is hereby granted relief from the automatic stay, and the automatic stay is terminated with respect to Goddard's interest in the Contract; and it is further

ORDERED, that Goddard is hereby permitted to exercise its rights under applicable non-bankruptcy law with respect to the Contract, including but not limited to terminating the Contract pursuant to the Federal Acquisition Regulations; and it is further

ORDERED, that the notice provisions under 48 C.F.R. Part 49.403 are hereby deemed satisfied and/or waived and Goddard is permitted to immediately terminate the Contract for default or pursue any other action permitted under applicable law; and it is further

ORDERED, that Goddard is not entitled to any administrative expenses related to the Contract under section 503 of the Bankruptcy Code, but may file any other claims or actions, including claims arising under sections 502 and 365 of the Bankruptcy Code, against the Debtor's estate; and it is

ORDERED, that this Order is immediately effective and is not stayed by operation of

law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

**End of Order**

**SEEN AND AGREED TO:**

| | |
|---|---|
| **ROGER SCHLOSSBERG**<br>  **CHAPTER 7 TRUSTEE**<br>**INFORMATION NETWORK, INC**.<br><br>/s/ Richard M. Goldberg<br>Richard M. Goldberg<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street<br>Suite 2000<br>Baltimore, MD 21201<br>Tel. (410) 385-4273<br>Fax (410) 539-7611<br>wst@shapirosher.com<br><br>Counsel for Roger Schlossberg | **UNITED STATES OF AMERICA**<br><br>JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General, Civil<br><br>ROD J. ROSENSTEIN<br>United States Attorney<br><br>LARRY D. ADAMS<br>Assistant United States Attorney<br>36 S. Charles Street<br>Fourth Floor<br>Baltimore, MD 21201<br><br>/s/ Mary A. DeFalaise<br>J. CHRISTOPHER KOHN<br>TRACY J. WHITAKER<br>MARY A. DEFALAISE<br>Civil Division<br>United States Department of Justice<br>P.O. Box 875 Ben Franklin Station<br>Washington DC 20044<br>Tel. (202) 307-0183<br>Fax (202) 307-0494<br>mary.defalaise@usdoj.gov<br><br>Counsel for Goddard |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Mary A. DeFalaise