UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                       *

INFORMATION NETWORK INC.         *      BANKRUPTCY NO. 07-19789WIL
                                                (CHAPTER 7)
    DEBTOR(s)                           *

                              *    *    *

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $25,675.47 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to

| Name and Last Known Addresses of Creditors or Other Recipients | Unclaimed Amount |
|---|---|
| SCI Consulting, Inc.<br>8230 Old Courthouse Road, Suite 320<br>Vienna, VA  22182 | $1,398.69 |
| Perot Systems Government Services, Inc.<br>c/o Kevin Krist, 8270 Willow Oaks Corporate Drive<br>Fairfax, VA  22031 | $20,987.76 |
| James Alan Ferrall<br>11942 Shenandoah Court<br>Woodbridge, VA  22192 | $19.68 |
| Jerome Wayne Best<br>1701 Walnut Avenue<br>Winter Park, FL  32789 | $73.33 |
| Diep Nguyen<br>9899 Georgetown Pike<br>Great Falls, VA  22066 | $3,168.37 |
| Kathleen M. Delaney, Esquire<br>3704 Cardiff Road<br>Chevy Chase, MD  20815 | $18.91 |

| | |
|---|---|
| Steven R. Wicinski<br>5654 April Journey<br>Columbia, MD  21044 | $2.13 |
| Priority Service Group<br>10498 Colonel Court, Suite 102<br>Manassas, VA  20110 | $1.75 |
| FedEx Customer Information<br>Attn:  Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue, 2nd Floor<br>Memphis, TN  38132 | $1.33 |
| Datawatch Systems<br>4401 East-West Highway<br>Bethesda, MD  20814 | $1.04 |
| ARAMARK<br>8240 Stayton Drive, Suite N<br>Jessup, MD  20794 | $1.00 |
| Pennsylvania Dept of Revenue<br>Attn:  Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA  17128 | $0.29 |
| Avaya, Inc.<br>c/o RMA Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD  21094 | $1.19 |

 /s/ Roger Schlossberg
Roger Schlossberg
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742
Phone (301) 739-8610
Chapter 7 Trustee