IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| INFORMATION NETWORK INC. | * | Case No. 07-19789WIL |
| | * | (Chapter 7) |
| | * | |
| Debtor. | * | |

## REPORT OF FURTHER DISTRIBUTION

The undersigned Trustee reports as follows:

1. Trustee herein initially proposed to pay to the U.S. Bankruptcy Court the sum of $8,790.00 representing the adversary filing fees.
2. Trustee further reviewed and determined, with Clerk's direction, based upon the filing dates of the Complaints, the actual filing fee due was only $7,500.00.
3. Trustee actually distributed 13.74% to the unsecured creditors per the attached *Claims Proposed Distribution*, rather than the initial proposal of 13.55%.

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated:  October 22, 2015            */s/ ROGER SCHLOSSBERG*
                                    ROGER SCHLOSSBERG, TRUSTEE
                                    18421 HENSON BOULEVARD, SUITE 201
                                    HAGERSTOWN, MD  21742
                                    (301) 739-8610