Printed: 07/17/15 10:24 AM                                                                                                          Page: 1

# Claims Proposed Distribution

### Case: 07-19789   INFORMATION NETWORK INC.

**Case Balance:** $8,790.00   **Total Proposed Payment:** $8,790.00   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 35 | General Electric - Capital | Secured | 27,453.33 | 0.00 | 0.00 | 0.00 | 0.00 | 8,790.00 |
| 44 | Prince George's County, Maryland | Secured | 3,433.59 | 3,377.30 | 3,377.30 | 0.00 | 0.00 | 8,790.00 |
| 117 | Wells Fargo Business Credit | Secured | 1,280,952.71 | 1,067,930.97 | 1,067,930.97 | 0.00 | 0.00 | 8,790.00 |
| 122 | NASA Ames Research Center | Secured | 282,068.15 | 0.00 | 0.00 | 0.00 | 0.00 | 8,790.00 |
| 123 | Corporation for Nt'l and Comm | Secured | 62,189.21 | 0.00 | 0.00 | 0.00 | 0.00 | 8,790.00 |
| 124 | NASA Goddard Space Flight Ctr. | Secured | 113,892.80 | 0.00 | 0.00 | 0.00 | 0.00 | 8,790.00 |
|  | Larry Strauss, CPA <br> <3420-00   Accountant for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 170.00 | 170.00 | 170.00 | 0.00 | 0.00 | 8,790.00 |
|  | Larry Strauss, CPA <br> <3410-00   Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 6,586.00 | 6,586.00 | 6,586.00 | 0.00 | 0.00 | 8,790.00 |
|  | ROGER SCHLOSSBERG <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 3,079.13 | 3,079.13 | 3,079.13 | 0.00 | 0.00 | 8,790.00 |
|  | ROGER SCHLOSSBERG <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 93,174.73 | 93,174.73 | 93,174.73 | 0.00 | 0.00 | 8,790.00 |
|  | SCHLOSSBERG & ASSOCIATES <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 75,508.00 | 37,754.00 | 37,754.00 | 0.00 | 0.00 | 8,790.00 |
|  | Shapiro, Sher Guinot and Sandler <br> <3220-00   Attorney for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 906.98 | 906.98 | 906.98 | 0.00 | 0.00 | 8,790.00 |
|  | Shapiro, Sher Guinot and Sandler <br> <3210-00   Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 7,607.50 | 7,607.50 | 7,607.50 | 0.00 | 0.00 | 8,790.00 |
|  | U.S. BANKRUPTCY COURT <br> <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 7,500.00 | 1,290.00 |
| 1 | Paul James Graf | Priority | 8,713.96 | 7,262.46 | 7,262.46 | 0.00 | 0.00 | 1,290.00 |
| 2 | Thomas D. Travers | Priority | 7,406.84 | 6,766.42 | 6,766.42 | 0.00 | 0.00 | 1,290.00 |
| 4 | Valeriy V. Safronov | Priority | 8,988.07 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 5 | Hean Zhuang | Priority | 8,681.11 | 7,237.36 | 7,237.36 | 0.00 | 0.00 | 1,290.00 |
| 6 | Michael Moran | Priority | 7,016.47 | 6,342.90 | 6,342.90 | 0.00 | 0.00 | 1,290.00 |
| 7 | Dora Martin | Priority | 2,990.72 | 2,821.74 | 2,821.74 | 0.00 | 0.00 | 1,290.00 |
| 8 | Michelle Duffo | Priority | 5,344.81 | 4,617.92 | 4,617.92 | 0.00 | 0.00 | 1,290.00 |
| 9 | James Alan Ferrall | Priority | 20,693.29 | 9,397.57 | 9,397.57 | 0.00 | 0.00 | 1,290.00 |
| 11 | Joy Renee Rucks | Priority | 5,938.67 | 5,131.02 | 5,131.02 | 0.00 | 0.00 | 1,290.00 |
| 12 | James Stokes | Priority | 2,629.29 | 2,480.74 | 2,480.74 | 0.00 | 0.00 | 1,290.00 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case: 07-19789 INFORMATION NETWORK INC.

**Case Balance:** $8,790.00 **Total Proposed Payment:** $8,790.00 **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 14 | Katy A. Gammage | Priority | 6,056.80 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 16 | Scott David Cochran, II | Priority | 2,694.00 | 2,541.79 | 2,541.79 | 0.00 | 0.00 | 1,290.00 |
| 17 | Abuhuraira Abdelhalim | Priority | 6,598.00 | 6,002.47 | 6,002.47 | 0.00 | 0.00 | 1,290.00 |
| 19 | William T. Norton | Priority | 4,930.99 | 4,534.46 | 4,534.46 | 0.00 | 0.00 | 1,290.00 |
| 20 | Harleen Flora | Priority | 6,436.72 | 5,871.28 | 5,871.28 | 0.00 | 0.00 | 1,290.00 |
| 21 | William Daniel Hrybyk | Priority | 4,101.89 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 22 | Mary Pat Hrybyk-Keith | Priority | 9,470.81 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 23 | Anil Gupta | Priority | 9,553.44 | 8,406.74 | 8,406.74 | 0.00 | 0.00 | 1,290.00 |
| 24 | Jay S. Burton | Priority | 2,155.98 | 1,991.05 | 1,991.05 | 0.00 | 0.00 | 1,290.00 |
| 25 | Judy Z. Qin | Priority | 8,069.00 | 7,199.13 | 7,199.13 | 0.00 | 0.00 | 1,290.00 |
| 26 | Horace Russell, Jr. | Priority | 9,236.00 | 7,661.31 | 7,661.31 | 0.00 | 0.00 | 1,290.00 |
| 27 | Men Ma | Priority | 8,750.00 | 7,753.12 | 7,753.12 | 0.00 | 0.00 | 1,290.00 |
| 29 | G. Michael Van Ty Smith | Priority | 926.30 | 873.97 | 873.97 | 0.00 | 0.00 | 1,290.00 |
| 30 | Judy Z. Qin | Priority | 250.02 | 230.89 | 230.89 | 0.00 | 0.00 | 1,290.00 |
| 32 | Steven R. Wicinski | Priority | 13,065.36 | 8,944.54 | 8,944.54 | 0.00 | 0.00 | 1,290.00 |
| 33 | Valeriy D. Pischchalko | Priority | 4,794.65 | 4,523.75 | 4,523.75 | 0.00 | 0.00 | 1,290.00 |
| 34 | Chengyu Zhang | Priority | 7,144.95 | 6,063.74 | 6,063.74 | 0.00 | 0.00 | 1,290.00 |
| 36 | Michael E. Marosy | Priority | 5,926.69 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 37 | Edward D. Henderson | Priority | 4,734.38 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 39 | Qinxian Miao | Priority | 5,506.22 | 4,757.38 | 4,757.38 | 0.00 | 0.00 | 1,290.00 |
| 40 | Caroline McBee | Priority | 1,875.50 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 42 | John W. Jones | Priority | 7,232.56 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 46 | Alana M. Little | Priority | 5,191.06 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 49 | Leena Date | Priority | 6,239.98 | 5,711.22 | 5,711.22 | 0.00 | 0.00 | 1,290.00 |
| 52 | Sheila Laverne Minor | Priority | 3,460.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 54 | Isiah Harris | Priority | 8,082.83 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 55 | Richard W. Dragonajtys | Priority | 10,345.80 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 56 | Lynn D. Tran | Priority | 9,790.59 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 57 | Teresta T. Tran | Priority | 8,699.69 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 58 | David Brackett | Priority | 7,697.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 61 | Charles Yancey | Priority | 2,627.00 | 2,426.04 | 2,426.04 | 0.00 | 0.00 | 1,290.00 |
| 62 | Shirley Hoa | Priority | 8,195.27 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 63 | Melinda S. Cavaness | Priority | 4,081.08 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 64 | Cheryl N. Batipps | Priority | 2,093.13 | 1,974.87 | 1,974.87 | 0.00 | 0.00 | 1,290.00 |
| 66 | Ishaq T. Griffiths | Priority | 8,718.75 | 7,229.05 | 7,229.05 | 0.00 | 0.00 | 1,290.00 |
| 67 | John Evans | Priority | 0.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |

(*) Denotes objection to Amount Filed

Printed: 07/17/15 10:24 AM                                                                                                       Page: 3

# Claims Proposed Distribution

### Case:   07-19789   INFORMATION NETWORK INC.

**Case Balance:**   $8,790.00      **Total Proposed Payment:**   $8,790.00      **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 68 | Angela M. Clark | Priority | 2,549.47 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 72 | Norma Parpali | Priority | 8,650.55 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 73 | Sanford Fernandez | Priority | 10,899.38 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 74 | Robert M. Javinsky | Priority | 6,799.20 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 75 | Okie Tran | Priority | 9,780.59 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 76 | Michael Baumgarten | Priority | 10,429.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 77 | Angelita A. Dizon | Priority | 7,206.47 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 78 | Catherine Edwards | Priority | 6,659.53 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 79 | Kristan Chapman | Priority | 1,159.37 | 1,070.68 | 1,070.68 | 0.00 | 0.00 | 1,290.00 |
| 81 | Charles Sorrell | Priority | 2,516.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 82 | Anil Gupta | Priority | 9,553.44 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 83 | Norma Parpali | Priority | 8,650.55 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 84 | Jack D. Stanley | Priority | 8,655.34 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 85 | Okie Tran | Priority | 9,780.59 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 86 | Tony P. Ou | Priority | 11,341.03 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 87 | Liping Shi | Priority | 6,893.70 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 91 | Phyllis L. Reutzel | Priority | 4,345.97 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 92 | Gloria Hermosillo | Priority | 7,430.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 93 | Wendy W. Leung | Priority | 10,876.96 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 94 | Richard S. Sanchez | Priority | 4,845.60 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 96 | Pamela R. Davis | Priority | 7,797.22 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 97 | Jane C. Garavaglia | Priority | 7,041.38 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 98 | Hoang Lai | Priority | 6,680.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 99 | Brent Bertsch | Priority | 7,221.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 100 | Sangeeta M. Vaidya | Priority | 5,239.58 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 101 | Pasco J. Izzo | Priority | 7,515.12 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 103 | Dorothy N. Santos | Priority | 16,842.54 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 104 | Liping Shi | Priority | 6,893.70 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 106 | Ruth Ann Jennings | Priority | 12,560.23 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 108 | Michael J. Lewis | Priority | 2,850.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 109 | Elaine R. Firestone | Priority | 7,835.76 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 112 | Khanh Dang | Priority | 9,271.79 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 113 | Sujatha Balakumar | Priority | 4,231.00 | 3,991.95 | 3,991.95 | 0.00 | 0.00 | 1,290.00 |
| 114 | Steven L. McCrimmon | Priority | 3,418.14 | 3,225.02 | 3,225.02 | 0.00 | 0.00 | 1,290.00 |
| 116 | Edward L. Olien | Priority | 4,670.20 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 118 | Nam H. Pham | Priority | 4,263.06 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case:  07-19789   INFORMATION NETWORK INC.

**Case Balance:**  $8,790.00   **Total Proposed Payment:**  $8,790.00   **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 121 | Veronique Parmentier | Priority | 11,419.72 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 125 | Homa Konjkav | Priority | 5,162.29 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 126 | Thomas C. Paine | Priority | 4,375.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 127 | Anderson Chiem | Priority | 0.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 128 | Chris D. Youngquist | Priority | 7,401.32 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 129 | Joseph T Colon | Priority | 6,333.33 | 5,443.67 | 5,443.67 | 0.00 | 0.00 | 1,290.00 |
| 131 | Miguel A. Lopez | Priority | 0.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 132 | Robert Kimble, Jr. | Priority | 5,625.00 | 5,168.44 | 5,168.44 | 0.00 | 0.00 | 1,290.00 |
| 133 | Donald R. Burrowbridge, Jr. | Priority | 4,471.59 | 4,218.94 | 4,218.94 | 0.00 | 0.00 | 1,290.00 |
| 134 | Long T. Truong | Priority | 8,120.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 141 | Corrina Quinonez | Priority | 6,016.43 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 31 | Benjamin Chou (Aimertich, Inc.) | Priority | 10,950.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 41 | Internal Revenue Service | Priority | 157,838.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 60 | James A. Stokes | Priority | 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 65 | Men Ma | Priority | 8,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 80 | Richard Garrison | Priority | 10,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 88 | Pennsylvania Department of Revenue | Priority | 917.56 | 775.28 | 775.28 | 0.00 | 0.00 | 1,290.00 |
| 105 | Ruth Ann Jennings | Priority | 600.84 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 135 | Franklin J. Lequang | Priority | 13,532.37 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 138 | Siamack Gharanfoli, EBSA Investigator | Priority | 18,363.27 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 140 | Franchise Tax Board | Priority | 5,190.54 | 5,190.54 | 5,190.54 | 0.00 | 0.00 | 1,290.00 |
| 142 | Internal Revenue Service | Priority | 20,382.73 | 19,987.59 | 19,987.59 | 0.00 | 0.00 | 1,290.00 |
| 3 | Richard William Garrison | Unsecured | 21,139.77 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 9 | James Alan Ferrall | Unsecured | 20,693.29 | 9,743.29 | 1,380.04 | 8,363.25 | 19.68 | 1,270.32 |
| 10 | Harold W. Sagan | Unsecured | 15,293.77 * | 15,293.77 | 2,166.20 | 13,127.57 | 30.89 | 1,239.43 |
| 13 | Qinxian Miao | Unsecured | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,239.43 |
| 15 | James T. Stewart | Unsecured | 11,726.00 * | 11,726.00 | 1,660.86 | 10,065.14 | 23.68 | 1,215.75 |
| 18 | Jerome Wayne Best | Unsecured | 36,316.68 | 36,316.68 | 5,143.88 | 31,172.80 | 73.33 | 1,142.42 |
| 28 | Training & Tech. Support | Unsecured | 2,336.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,142.42 |
| 32 | Steven R. Wicinski | Unsecured | 10,950.00 | 1,057.68 | 149.81 | 907.87 | 2.13 | 1,140.29 |
| 38 | USDOL/EBSA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,140.29 |
| 43 | AR Systems, Inc. | Unsecured | 33,022.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 1,140.29 |
| 45 | Priority Service Group | Unsecured | 870.00 | 870.00 | 123.23 | 746.77 | 1.75 | 1,138.54 |

(*) Denotes objection to Amount Filed

Printed:  07/17/15 10:24 AM                                                                                                          Page: 5

# Claims Proposed Distribution

## Case:  07-19789   INFORMATION NETWORK INC.

**Case Balance:**   $8,790.00   **Total Proposed Payment:**   $8,790.00   **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 47 | FEDEX Customer Information Service | Unsecured | 658.16 | 658.16 | 93.22 | 564.94 | 1.33 | 1,137.21 |
| 48 | Pargament & Hallowell, PLLC | Unsecured | 2,625.54 | 2,625.54 | 371.88 | 2,253.66 | 5.30 | 1,131.91 |
| 50 | SCI Consulting, Inc. | Unsecured | 9,736.21 | 9,736.21 | 1,379.03 | 8,357.18 | 19.66 | 1,112.25 |
| 51 | Datawatch Systems | Unsecured | 516.00 | 516.00 | 73.09 | 442.91 | 1.04 | 1,111.21 |
| 53 | ARAMARK | Unsecured | 494.50 | 494.50 | 70.04 | 424.46 | 1.00 | 1,110.21 |
| 59 | Xerox Corporation | Unsecured | 40,582.53 | 40,582.53 | 5,748.09 | 34,834.44 | 81.94 | 1,028.27 |
| 69 | CIT Communications Finance Corp | Unsecured | 44,126.98 | 44,126.98 | 6,250.12 | 37,876.86 | 89.10 | 939.17 |
| 70 | Marlin Leasing Corporation | Unsecured | 7,626.51 | 7,626.51 | 1,080.21 | 6,546.30 | 15.40 | 923.77 |
| 71 | Stearns Bank, N.A. | Unsecured | 7,184.00 | 0.00 | 0.00 | 0.00 | 0.00 | 923.77 |
| 88 | Pennsylvania Department of Revenue | Unsecured | 917.56 | 142.28 | 20.15 | 122.13 | 0.29 | 923.48 |
| 89 | General Electric - Capital | Unsecured | 18,453.33 | 18,453.33 | 2,613.72 | 15,839.61 | 37.26 | 886.22 |
| 90 | Avaya, Inc. | Unsecured | 589.11 | 589.11 | 83.44 | 505.67 | 1.19 | 885.03 |
| 95 | Artists & Framers, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 885.03 |
| 102 | Diep Nguyen | Unsecured | 22,369.28 * | 22,369.28 | 3,168.37 | 19,200.91 | 45.17 | 839.86 |
| 107 | American Express Travel Related Svcs Co | Unsecured | 89,389.10 | 89,389.10 | 12,661.02 | 76,728.08 | 180.50 | 659.36 |
| 110 | American Express Bank FSB | Unsecured | 45,169.70 | 45,169.70 | 6,397.81 | 38,771.89 | 91.21 | 568.15 |
| 111 | American Express Bank FSB | Unsecured | 33,384.57 | 33,384.57 | 4,728.57 | 28,656.00 | 67.41 | 500.74 |
| 115 | Kathleen M. Delaney, Esq. | Unsecured | 9,366.50 | 9,366.50 | 1,326.67 | 8,039.83 | 18.91 | 481.83 |
| 119 | The Maslow Media Group, Inc. | Unsecured | 55,216.37 | 55,216.37 | 7,820.82 | 47,395.55 | 111.49 | 370.34 |
| 120 | Jeffrey C. Mindrum | Unsecured | 29,815.58 | 29,815.58 | 4,223.06 | 25,592.52 | 60.21 | 310.13 |
| 130 | Perot Systems Government Services, Inc. | Unsecured | 146,094.65 | 146,094.65 | 20,692.77 | 125,401.88 | 294.99 | 15.14 |
| 143 | Paula Frankel | Unsecured | 7,500.00 | 7,500.00 | 1,062.30 | 6,437.70 | 15.14 | 0.00 |
| 136 | Spherion Corp. | Unsecured | 25,100.00 | 25,100.00 | 0.00 | 25,100.00 | 0.00 | 0.00 |
| 137 | Staples, Inc. | Unsecured | 346.55 | 346.55 | 0.00 | 346.55 | 0.00 | 0.00 |
| 139 | Staples, Inc. | Unsecured | 1,107.21 | 1,107.21 | 0.00 | 1,107.21 | 0.00 | 0.00 |
| 44 | Prince George's County, Maryland | Unsecured | 3,433.59 | 56.29 | 0.00 | 56.29 | 0.00 | 0.00 |
| 140 | Franchise Tax Board | Unsecured | 1,870.71 | 1,870.71 | 0.00 | 1,870.71 | 0.00 | 0.00 |
| 142 | Internal Revenue Service | Unsecured | 20,382.73 | 395.14 | 0.00 | 395.14 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

Case 07-19789    Doc 327-1    Filed 10/22/15    Page 6 of 6

Printed: 07/17/15 10:24 AM                                                                                    Page: 6

# Claims Proposed Distribution

## Case:  07-19789   INFORMATION NETWORK INC.

**Case Balance:** $8,790.00    **Total Proposed Payment:** $8,790.00    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 07-19789 : | | $3,613,316.67 | $2,091,653.87 | $1,506,902.05 | $584,751.82 | $8,790.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $194,532.34 | $156,778.34 | $149,278.34 | $7,500.00 | 100.000000% |
| **Total Priority Claims :** | $867,390.06 | $195,827.04 | $195,827.04 | $0.00 | 100.000000% |
| **Total Secured Claims :** | $1,769,989.79 | $1,071,308.27 | $1,071,308.27 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $781,404.48 | $667,740.22 | $90,488.40 | $1,290.00 | 13.744627% |